IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID J. POWELL,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    CIVIL ACTION NO. 13-00497-KD-C |
| | ) |
| AMERICAN REMEDIATION &<br>ENVIRONMENTAL, INC., *et al.*,<br>    Defendant. | )<br>)<br>) |

## JUDGMENT

In accordance with the Order issued on this date granting Defendants' motions for summary judgment (Doc. 66), it is hereby **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendants American Remediation & Environmental, Inc., Robert Wallace, and Lee Eubanks, as to Plaintiff David J. Powell's claims against them, such that this matter is **DISMISSED.**

**DONE** and **ORDERED** this the 20th day of **November 2014.**

                                                  s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**